WAYCROSS, SATILLA & ST. MARY'S RAILWAY COMPANY *v.* ST. MARY'S, WAYCROSS & NASHVILLE RAILROAD COMPANY.

BECK, J. The evidence upon the controlling issues in the case being conflicting, the discretion of the judge below in refusing the injunction will not be disturbed.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted December 20, 1906.—Decided April 12, 1907.

Petition for injunction. Before Judge Parker. Ware superior court. October 13, 1906.

*J. L. Sweat,* for plaintiff. *Leon A. Wilson,* for defendant.